IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TOHAD FRANCIS,

      Appellant,

v.

      Case No. 5D22-2960
      LT Case No. 2003-CF-000751-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Tohad Francis, Blountstown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, EISNAUGLE and KILBANE, JJ., concur.